## No. 6344.

### Widow P. Macias vs. Octave Anfoux.

Where in a suit upon a mortgage note and to foreclose the mortgage, the defence is that the note was made without consideration, and the mortgage was not intended to be binding, something more than probabilities must be shewn to sustain it. The defendant must establish the simulation and unreality of the act by satisfactory proof. He who attached his signature to legal instruments in form must expect to be held to strict proof that it was not placed there for the purpose declared by him at the time.

Appeal from the Fourth District Court of New Orleans.    Lynch, J.

*Shackleford*, *Huntington*, and *Capdeville* for Plaintiff.    *Lacey & Butler* and *A. & W. Voorhies* for Defendant Appellant.

Manning, C. J., delivered the opinion affirming the judgment.

## No. 6925.

### Uriah French vs. Tobias Rigsby.

Where the evidence is conflicting, that theory will be adopted which best harmonizes with it taken as a whole.

Parties cannot evade and defeat the legal consequences of their deliberate acts upon the mere bald assertion that they were done in error. He who seeks to avoid the consequences of his acts upon the score of error must clearly shew wherein the error consists, its nature and materiality.

Appeal from the District Court for Madison.    Hough, J.

*Coleman* for Plaintiff.    *E. D. Farrar* and *Wells* for Defendant Appellant.

Spencer, J., delivered the opinion reversing the judgment.